# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1443
LT Case No. 2021-CA-022826

_____

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Appellant,

    v.

DANIEL HAYES,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Scott Blaue, Judge.

Warren B. Kwavnick, of The Law Office of Warren B. Kwavnick,
PLLC, Pembroke Pines, for Appellant.

Christopher V. Carlyle, of The Carlyle Appellate Law Firm,
Orlando, for Appellee.

November 20, 2025

PER CURIAM.

    AFFIRMED.


HARRIS and SOUD, JJ., and BLOCKER, L.P., ASSOCIATE JUDGE,
concur.

.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____